DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

PETITION TO REHEAR

ARONOV v. SECRETARY OF REVENUE

No. 336PA87.

Case below: 323 N.C. 132.

Petition by plaintiff to rehear denied 3 November 1988.